THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| USA,<br><br>        Plaintiff,<br><br>    v.<br><br>VICTOR LARRY LEE WRIGHT,<br><br>        Defendant. | CASE NO. CR15-0196-JCC<br><br>ORDER CONTINUING TRIAL |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court upon the parties' Stipulation to continue the trial date in this matter (Dkt. No. 19). Having considered the entirety of the records and files herein, including Defendant's Waiver of Speedy Trial through March 31, 2016 (Dkt. No. 19, Ex. 2) and based on the facts set forth in the stipulation of the parties, the Court finds as follows:

1. That failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(ii) and (iv);

2. That the case is complex due to the nature of the prosecution such that it is unreasonable to expect adequate preparation within the time limits specified within the meaning of 18 U.S.C. § 3161(h)(7)(B)(ii);

3. That failure to grant such a continuance in the proceeding would be likely to make a continuation of such proceeding impossible and result in a miscarriage of justice; and

4. That the ends of justice will be served by ordering a continuance in the case, that a continuance is necessary to ensure effective trial preparation, and that these factors outweigh the best interests of the public in a speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7)(A).

Therefore, the Court rules as follows:

Good cause having been shown, the motions deadline and trial date in this matter are HEREBY CONTINUED. The motions deadline is reset to January 15, 2016. The trial date is reset to February 29, 2016 at 9:30 AM in Courtroom 16206. The period of time from the current trial date, August 10, 2015, to the new trial date is excluded under the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq*.

DATED this 4th day of August 2015.

William M. McCool  
Clerk of Court

s/Rhonda Stiles  
Deputy Clerk